**UNITED STATES DISTRCIT COURT**

**DISTRICT OF MASSACHUSETTS**

Laura Wiler

V.

Falmouth, Mass. Police Department

1.) The plaintiff is not a resident of Massachusetts, but a citizen of the United States
2.) The defendant is a municipal entity of Massachusetts
3.) The defendant has engaged in a continued course of conduct over a period of several weeks, following the plaintiff incessantly, posting cars outside of a local hospital where the plaintiff is knowingly pursuing a separate legal action, following the plaintiff to the grocery store with as many as four police vehicles, posting police vehicle outside a law office where the plaintiff is known to wait for the bus, following the plaintiff to the "town center" in "Special Operations" vehicles, following the plaintiff to the beach, intersecting her foot path within seconds of her approaching her destination of the ocean, appearing on a road, where the plaintiff stood waiting for the local bus, passing her location repeatedly three times within 10 minutes.
4.) The course of conduct began and was noticed after the plaintiff was threatened by the private security of a hospital while seeking treatment in the emergency department, approximately two weeks ago. At that time, the plaintiff was told to leave the hospital property (and was attempting to do so, walking approximately ½ mile with a 70lb pack with no straps) and was standing in the "fog lane of the government double striped road where the hospital security called the Falmouth police department again.
5.) The plaintiff has experienced harassment by the police department to the degree that the local public has recognized the plaintiff, and the plaintiff asserts her First Amendment rights have been violated, (as well as her Fourth Amendment rights)
6.) For these reasons, the Plaintiff requests assistance from the court to end the harassing/stalking behavior by the local police department, and asks $100,000 for the mental distress the continued course of conduct has caused.
7.) The Plaintiff has documented all sightings/stalking /casing activity and will provide the court with that information.
8.) The plaintiff is transient and without resources and requests assistance from the court in the form of legal representation in the matter.
9.) The Plaintiff in this matter is a plaintiff in a separate legal action before this court concerning a separate municipal police department.