UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-11413-RGS

LAURA WILER

v.

FALMOUTH POLICE DEPARTMENT, et al.

## ORDER

October 9, 2020

STEARNS, D.J.

On August 21, 2020, the Magistrate Judge denied plaintiff Laura Wiler's motion for leave to proceed *in forma pauperis* and ordered her to pay the $400 filing fee or file a renewed motion for leave to proceed *in forma pauperis*. The Magistrate Judge stated that the action might dismissed if Wiler failed to comply with the order within twenty-one days.

The deadline for complying with the Magistrate Judge's order has passed without any response from Wiler.

Accordingly, this action is DISMISSED without prejudice for failure to pay the filing fee.

**SO ORDERED.**

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE